IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.                                            5:12cr26–WS/GRJ
                                              5:15cv253–WS/GRJ

JEFFREY MONROE ROY,

      Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 104) docketed May 25, 2018. The magistrate judge recommends that Jeffrey Monroe Roy's § 2255 motion to vacate, set aside, or correct sentence be denied. Roy has filed objections (doc. 109) to the report and recommendation.

Upon review of the record in light of Roy's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 104) is adopted and incorporated by reference in this order of the court.

2. Jeffrey Monroe Roy's "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (doc. 90) is DENIED.

3. A certificate of appealability is DENIED.

4. The clerk shall close Case No. 5:15cv253–WS/GRJ.

DONE AND ORDERED this  31st   day of    August   , 2018.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE